UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Andrew Morrison, | No. 2:23-cv-00559-KJM-EFB |
| Petitioner, | ORDER |
| v. | |
| Steven Acquisto, | |
| Respondent. | |

This habeas corpus action was dismissed and the case closed in 2023 because the underlying state criminal case remained pending.  *See* ECF F&Rs, ECF No. 6, *adopted in full*, ECF No. 8.  On November 21, 2025, petitioner filed a motion in this action and in two other cases.  *See* Mot., ECF No. 12 (citing Case Nos. 2:24-cv-00631-DMC and 2:25-cv-2723-DJC-CKD).  Although the purpose of petitioner's motion is unclear, he appears to request the waiver of the filing fee associated with the civil action in Case No. 2:25-cv-2723-DJC-CKD.  To the extent petitioner intended his motion to apply to this closed habeas corpus action, it is **denied**.  The Clerk's Office is instructed not to accept any further documents for filing in this case.

IT IS SO ORDERED.

DATED:  December 5, 2025.

UNITED STATES DISTRICT JUDGE

1